UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Fleming Companies,

Plaintiff,

v.

Fleet Business Credit Corporation,

Defendant.

Civil No. 01-779 DDA/FLN

**ORDER**

---

Gary M. Hansen, Esq., for Defendant.
Steven J. Kluz, Sr., Esq., for Plaintiff.

---

**THIS MATTER** came before the undersigned United States Magistrate Judge on July 30, 2001, on Defendant's Motion to Stay Proceedings and to Strike Plaintiff's Jury Demand [#4].

Based upon all the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that Defendant's Motion to Stay Proceedings and to Strike Plaintiff's Jury Demand [#4] is **GRANTED in part and DENIED in part** as follows:

1. Insofar as the Motion seeks to Stay Proceedings, it is **DENIED**;

2. Insofar as the Motion seeks to Strike Plaintiff's Jury Demand, it is **GRANTED**.

DATED: Sept 6, 2001.

Franklin L. Noel
FRANKLIN L. NOEL
Chief Magistrate Judge

FILED 9-7-01
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD________
DEPUTY CLERK________

# Please forward this announcement to the recipient of this fax.

---

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

# The United States District Court, District of Minnesota announces two new programs!

**Expedited Trials** –The Court will begin offering parties an opportunity to participate in a program called Expedited Trials beginning July 2, 2001. This voluntary program offers an alternative to traditional case processing by allowing for a shorter time period from filing to disposition. Discovery and motion practice will be sharply limited as a means to reduce time and expense. Procedural rules are on the Court's website at www.mnd.uscourts.gov. If you would like additional information about the Expedited Trials Program, contact one of our clerk's offices at the phone numbers listed below.

**Courtroom Technology – Phase II** – In June 2001, the District of Minnesota began upgrading, installing, and enhancing the technology available to counsel in the courtroom. The project will continue through early fall and will ultimately upgrade all Article III Judge courtrooms in St. Paul and Minneapolis. To assist counsel with this transition, the District Court is offering a hands-on class, worth one hour of CLE credit at both courthouses. Classes will be held over the lunch hour. Course registration can be done by visiting www.mnd.uscourts.gov or by calling Kristine at 612-664-5125.

## For additional information on either program please visit our website at www.mnd.uscourts.gov.

---

| | | |
|---|---|---|
| 700 Federal Building | 202 U.S. Courthouse | 417 U. S. Courthouse |
| 316 North Robert Street | 300 South Fourth Street | 515 West First Street |
| St. Paul, MN 55101 | Minneapolis, MN 55415 | Duluth, MN 55802 |
| (651) 848-1100 | (612) 664-5000 | (218) 529-3500 |