UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Fleming Companies, Inc., d/b/a Jubilee Foods,<br>Plaintiff,<br><br>v.<br><br>Fleet Business Credit Corporation,<br><br>Defendant. | Case No. 01-CV-779 (DDA/FLN)<br><br>**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

**<u>STIPULATION</u>**

FLEMING COMPANIES, INC., plaintiff herein, by its undersigned attorneys, and, FLEET BUSINESS CREDIT, LLC, SUCCESSOR TO FLEET BUSINESS CREDIT CORPORATION, defendant herein, by its undersigned attorneys, hereby stipulate and agree that this action, including all claims and counterclaims, may be dismissed with prejudice and without the award of attorneys' fees or costs to either party.

OPPENHEIMER, WOLFF & DONNELLY, LLP

By ________________________

Gary Hansen (40617)
Plaza VII, Suite 3300
45 South Seventh Street
Minneapolis, MN 55402
(612) 607-7584

**Attorneys for Fleet Business Credit, LLC**

JAN 02 2002
FILED ________
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD ________
DEPUTY CLERK ________

Dated: Dec. 21, 2001

RIDER, BENNETT, EGAN & ARUNDEL, LLP

By ______________________

Steven Kluz, Sr. (56765)
333 South Seventh Street
Suite 2000
Minneapolis, MN 55402
(612) 340-7916

**Attorneys for Fleming Companies, Inc.**

**ORDER**

Based on the above stipulation of counsel, it is ordered that this action, including all claims and counterclaims, is hereby dismissed with prejudice and without the award of attorneys' fees or costs to either party.

Dated: January 2, 2002

______________________
Donald D. Alsop
Judge of District Court